LAW OFFICES

# KING & KING LLP

27-12   37th Avenue
Long Island City, N.Y. 11101
718-896-6554
fax: 718-275-5081
e-mail: pkutil@king-king-law.com

Peter M. Kutil

Katie L. Bireley

George A. King (1855-1938)
William B. King (1861-1930)

February 27, 2015

**VIA ECF**

Hon. Alan S. Trust
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

    Re:      Cool Sheetmetal Inc. - Case No.: 13-74652-ast
    Sub-Re:  Stern v. Conair Corp., Adv. Pro. No. 14-8210-ast

Dear Judge Trust:

    The undersigned and this firm represent Conair, Corp. in the above-noted adversarial matter. I write in furtherance to my prior February 20, 2015 letter.

    I wish to advise the Court that I have a difference of opinion of case strategy that is different from my client's, and I will be making a motion to withdraw as counsel forthwith. In addition, my client owes my firm significant fees and is refusing to pay its fees. Given these two circumstances, I believe I cannot represent my client effectively any longer, and I request that the matter be stayed pending my motion to allow me to withdraw as the attorney for my client in this matter. As part of my motion, I will also seek an additional 30-day stay for my client to obtain new counsel, should the Court grant my motion.

    As stated, I will submit my motion to withdraw forthwith.

                                            Respectfully submitted,

                                            Peter M. Kutil

cc: Fred S Kantrow, Esq. on behalf of Trustee Richard L Stern (via e-mail and ECF)

PMK:sas