UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICTOF NEW YORK
------------------------------------------------------------x
In re:

       COOL SHEETMETAL INC,             Chapter 7
                                             Case No.: 13-74652-ast

                   Debtor.
------------------------------------------------------------x
RICHARD L. STERN as Trustee of the
Estate of Cool Sheetmetal Inc.,

                   Plaintiff,

                                         Adv. Pro. No.: 14-08210-ast

       - against -

CONAIR CORP.,
                   Defendant.
------------------------------------------------------------x

## <u>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL</u>

       This matter having been opened to the Court by motion of Peter M. Kutil and King & King

LLP to be permitted to withdraw as attorney of record for the defendant Conair Corp., the Court

having reviewed the submission of counsel, the Court having heard the application on March 17,

2015 and Conair Corp. representative Barry Stransky having been heard, and for good cause shown,

it is hereby

       **ORDERED**, that Peter M. Kutil and King & King LLP's motion to withdraw as counsel is

granted; and it is further

       **ORDERED**, that Conair Corp. shall have **<u>thirty (30)</u>** days to obtain substitute counsel; and it

is further

**ORDERED**, that within **five (5) days** of entry of this Order, Peter M. Kutil and King & King LLP shall serve Conair Corp. and file with this Court a letter sent to Conair Corp. advising them that the motion to withdraw was granted and advising Conair Corp. of all deadlines in effect in this matter.



Dated: March 30, 2015
       Central Islip, New York

_____
**Alan S. Trust**
**United States Bankruptcy Judge**