| | LAW OFFICES | |
|---|---|---|
| Peter M. Kutil | **KING & KING LLP**<br>27-12   37th Avenue<br>Long Island City, N.Y. 11101<br>718-896-6554<br>fax: 718-275-5081<br>e-mail: pkutil@king-king-law.com | George A. King (1855-1938)<br>William B. King (1861-1930) |
| Katie L. Bireley | | |

March 30, 2015

**VIA E-MAIL (conaircorp@aol.com) and**
**U.S. MAIL**

Mr. Barry Stransky
Conair Corporation
246 Broadway
Garden City, N.Y. 11040

   Re:   Cool Sheetmetal Inc. - Case No.: 13-74652-ast
   Sub-Re: Stern v. Conair Corp. ("Conair"), Adv. Pro. No. 14-8210-ast

Dear Mr. Stransky:

  Enclosed is a copy of the Order signed by the Court on this date granting the motion to permit the withdrawal as Conair's attorneys. Conair has thirty (30) days to obtain new counsel.

  Per the Court's Order, allow this letter to also set forth the scheduling requirements set by the Court:

  *May 15, 2015* – Time by which Conair should advise the Court if it will waive or not waive its jury demand made in this case.

  *May 15, 2015* - Time by which Conair should advise the Court if it will seek to have this case removed from Bankruptcy Court based on core versus non-core question or issue.

  *June 2, 2015* (at 2:00 PM) – Next time that this matter is before the Court. Appearances are required in Court.

                Very truly yours,

                Peter M. Kutil

cc: Hon. Alan S. Trust (via ECF), United States Bankruptcy Judge
   Fred S Kantrow, Esq. on behalf of Trustee Richard L Stern (via ECF)

PMK:sas
Encls.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICTOF NEW YORK
-----------------------------------------------------------------x
In re:

    COOL SHEETMETAL INC,                         Chapter 7
                                                              Case No.: 13-74652-ast

                           Debtor.
-----------------------------------------------------------------x
RICHARD L. STERN as Trustee of the
Estate of Cool Sheetmetal Inc.,

                           Plaintiff,

                                                             Adv. Pro. No.: 14-08210-ast
   - against -

CONAIR CORP.,
                         Defendant.
-----------------------------------------------------------------x

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter having been opened to the Court by motion of Peter M. Kutil and King & King LLP to be permitted to withdraw as attorney of record for the defendant Conair Corp., the Court having reviewed the submission of counsel, the Court having heard the application on March 17, 2015 and Conair Corp. representative Barry Stransky having been heard, and for good cause shown, it is hereby

**ORDERED**, that Peter M. Kutil and King & King LLP's motion to withdraw as counsel is granted; and it is further

**ORDERED**, that Conair Corp. shall have **thirty (30)** days to obtain substitute counsel; and it is further

**ORDERED**, that within <u>five (5) days</u> of entry of this Order, Peter M. Kutil and King & King LLP shall serve Conair Corp. and file with this Court a letter sent to Conair Corp. advising them that the motion to withdraw was granted and advising Conair Corp. of all deadlines in effect in this matter.



Dated: March 30, 2015
Central Islip, New York

_____
Alan S. Trust
United States Bankruptcy Judge